IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 13-05868(MCF) |
|---|---|
| DIEGO RIVERA VAZQUEZ<br>DAISY V ORTIZ BERRIOS<br>DEBTORS | CHAPTER 13 |

MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** Scotiabank de Puerto Rico, (Scotiabank), through counsel, and most respectfully **STATES** and **PRAYS**:

1. Instant petition was filed on July 18, 2013.

2. On August 17, 2013, appearing party filed a secured proof of claim which is incorporated by reference.

3. As of the filing of the Bankruptcy petition Debtors were 14 payments of $618.00 in arrears with respect to the mentioned note. Total pre-petition arrears $12,396.87. See Proof of Claim for statement of account.

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

4. Debtors are now 3 post-petition payments in arrear as of filing of this motion. Total post-petition arrears $3,200.70 plus $25.00 for legal cost. See Unsworn Statement attached.

5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).

6. Dismissal of instant petition is beneficial to creditors and parties in interest.

7. Enclosed Statement under Service Members Act for debtor.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Within **THIRTY (30) DAYS** after service as evidence by the certification, and an additional **THREE (3) DAYS** pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed, for the benefit of Movant awarding $25.00 in cost, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY** that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this ___25___ day of March, 2014.

```
                              WVS LAW LLC
                              17 Mexico St., Suite D-1
                              San Juan, PR 00917-2202
                              Tel: 787-756-5730
                              Fax: 787-764-0340
                              Email: wvslawllc@gmail.com

                              By: _____
                              Wallace Vazquez Sanabria-125101
```

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

**BUFETE:** WALLACE VAZQUEZ SANABRIA

## UNSWORN STATEMENT
## UNDER PENALTY OF PERJURY

The undersigned hereby certifies the following under penalty of perjury:

**Debtor(s):** DIEGO RIVERA VAZQUEZ
DAISY V. ORTIZ BERRIOS

**Loan No.:** 000002153795

**Bankruptcy No.:** 13-05868

| Post-petition arrears: | ( 5) | months at | $618.00 | = | $3,090.00 |
|---|---|---|---|---|---|
| | ( 5) | L/C | $22.14 | = | $110.70 |

**Current principal:** $65,054.61

**Name:** C. [signature]
Legal Division

**Date:** March 18, 2014

SCRA 3.0



## Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: RIVERA-VAZQUEZ
First Name: DIEGO
Middle Name:
Active Duty Status As Of: Mar-25-2014

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: ORTIZ-BERRIOS
First Name: DAISY
Middle Name: V
Active Duty Status As Of: Mar-25-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

```
Label Matrix for local noticing      DEPARTAMENTO DE HACIENDA            INTERNAL REVENUE SERVICE
0104-3                                PO BOX 9024140                      CENTRALIZED INSOLVENCY OPERATIONS
Case 13-05868-MCF13                   OFICINA 424-B                       PO BOX 7346
District of Puerto Rico               SAN JUAN, PR 00902-4140             PHILADELPHIA, PA 19101-7346
Old San Juan
Tue Mar 25 09:05:17 AST 2014

PR DEPARTMENT OF LABOR                PR FEDERAL CREDIT UNION             SCOTIABANK DE PUERTO RICO
PRUDENCIO RIVERA MARTINEZ BLDG        LUIS YAMIL RODRIGUEZ SAN MIGUEL ESQ c/o WALLACE VAZQUEZ SANABRIA
505 MUNOZ RIVERA AVENUE               PMB 256 PO BOX 4952                 17 MEXICO STREET, SUITE D-1
12 FLOOR                              CAGUAS, PR 00726-4952               SAN JUAN, PR 00917-2202
SAN JUAN, PR 00918

US TRUSTEE                            US Bankruptcy Court District of P.R. AEELA
EDIFICIO OCHOA                        Jose V Toledo Fed Bldg & US Courthouse P O BOX 364508
500 TANCA STREET SUITE 301            300 Recinto Sur Street, Room 109    SAN JUAN, PR 00936-4508
SAN JUAN, PR 00901-1922               San Juan, PR 00901-1964


ALMA FINANCIAL ASSITANCE CORP         ASSOCIATES                          AT & T MOBILITY
P O BOX 9603                          PO BOX 11917                        P O BOX 5087
DEERFIELD BEACH, FL 33442-9603        SAN JUAN, PR 00922-1917             CAROL STREAM, IL 60197-5087


CITI CARDS                            CITIBANK                            CITIBANK CCSI
PO BOX 11917                          PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITIBANK MORTGAGE                     CITIBANK NA                         CITIBANK SOUTH DAKOTA
PO BOX 11917                          PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITIBANK USA                          CITICARDS                           CITICARDS CREDIT SERVICES
PO BOX 11917                          PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITICARDS SEARS                       CITICORP DINERS                     CITICORP FINANCE
PO BOX 11917                          PO BOX 11917                        PO BOX 11917
SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917             SAN JUAN, PR 00922-1917


CITIFINANCIAL                         CLARO                               DORAL FINANCIAL CORPORATION
PO BOX 11917                          P O BOX 70366                       LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC
SAN JUAN, PR 00922-1917               SAN JUAN, PR 00936-8366             PO BOX 11917
                                                                          SAN JUAN, PR 00922-1917


ISLAND FINANCE                        LCDA VLMA E DIAZ CARRASQUILLO       NATIONAL RECOVERY SYSTEMS
P O BOX 71504                         P O BOX 361508                      P O BOX 702257
SAN JUAN, PR 00936-8604               SAN JUAN, PR 00936-1508             DALLAS, TX 75370-2257
```

```
NCO FINANCIAL SYSTEMS              Nelnet on behalf of the U.S. Dept. of ED    ORIENTAL BANK
P O BOX 15740                      US Department of Education                  P O BOX 364745
WILMINGTON, DE  19850-5740         3015 South Parker Road, Suite 400           SAN JUAN, PR 00936-4745
                                   Aurora, CO 80014-2904


PANAMERICAN/CITIBANK               PR FEDERAL CREDIT UNION                     PUERTO RICO FEDERAL CREDIT UNION
PO BOX 11917                       ATTY LUIS Y RODRIGUEZ                       P O BOX 12011
SAN JUAN, PR 00922-1917            PO BOX 4952 PMB 256                         SAN JUAN, PR 00922-2011
                                   CAGUAS PR 00726-4952


SCOTIABANK DE PR                   TOYOTA MOTOR CREDIT CORP                    Toyota Motor Credit Corporation
P O BOX 362230                     P O BOX 13817                               c/o Becket and Lee LLP
SAN JUAN, PR  00936-2230           SAN JUAN, PR 00908-3800                     POB 3001
                                                                               Malvern  PA 19355-0701


US DEPT OF EDUCATION               DAISY V ORTIZ BERRIOS                       DIEGO RIVERA VAZQUEZ
P O BOX 82561                      PO BOX 370658                               PO BOX 370658
LINCOLN, NE  68501-2561            CAYEY, PR 00737-0658                        CAYEY, PR 00737-0658


FEDERAL LITIGATION DEPT. OF JUSTICE  JOSE RAMON CARRION MORALES                MIRIAM A MURPHY
PO BOX 9020192                       PO BOX 9023884                            MURPHY LAW OFFICE
SAN JUAN, PR 00902-0192              SAN JUAN, PR 00902-3884                   PO BOX 372519
                                                                               CAYEY, PR 00737-2519


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901




               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)SCOTIABANK DE PUERTO RICO       End of Label Matrix
c/o WALLACE VAZQUEZ SANABRIA       Mailable recipients    45
17 MEXICO STREET, SUITE D-1        Bypassed recipients     1
SAN JUAN, PR 00917-2202            Total                  46
```