IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 13-05868(MCF) |
|---|---|
| DIEGO RIVERA VAZQUEZ<br>DAISY V ORTIZ BERRIOS<br>　　Debtors | CHAPTER 13 |

### MOTION TO WITHDRAW "MOTION FOR DISMISSAL"

TO THE HONORABLE COURT:

**NOW COMES** Scotiabank de Puerto Rico, (Scotia), through counsel, and most respectfully **STATES** and **PRAYS:**

1. On March 25, 2014, appearing party filed "Motion for Dismissal" because debtors were 5 payments in arrears at the time.

2. Thereafter debtors cured arrears.

3. Accordingly, appearing party withdraws its Motion for Dismissal.

**WHEREFORE**, it is respectfully requested that this motion be granted, with such further relief as is deem appropriate under the circumstances.

*I CERTIFY, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to:* **Ms. Miriam A Murphy, Mr. Jose R Carrion Morales;** *and* **Ms. Monsita Lecaroz Arribas**.

*In San Juan, Puerto Rico, this 3rd day of April, 2014.*

*WVS LAW LLC*
*17 Mexico St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: wvslawllc@gmail.com*

*By:* *S/ Wallace Vazquez Sanabria*
*Wallace Vazquez Sanabria-125101*